# United States District Court
# Eastern District of California

P.T.

Plaintiff(s)

V.

Markwayne Mullin, et al.,

Defendant(s)

Case Number: 1:26-cv-09752-TLN-JDP

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Razeen Zaman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

P.T., Petitioner

On 08/26/2021 (date), I was admitted to practice and presently in good standing in the U.S. District Court, E.D.N.Y. (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/24/2026

Signature of Applicant: /s/ [signature]

**Pro Hac Vice Attorney**

Applicant's Name: Razeen Zaman

Law Firm Name: Asian American Legal Defense and Education Fund

Address: 99 Hudson Street, Floor 12

City: New York State: NY Zip: 10013

Phone Number w/Area Code: 2129663392

City and State of Residence: New York, New York

Primary E-mail Address: rzaman@aaldef.org

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Cara Jobson

Law Firm Name: Wiley & Jobson

Address: PO Box 459

City: Berkeley State: CA Zip: 94701

Phone Number w/Area Code: 415-627-9161 Bar # 218400

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 24, 2026

JUDGE, U.S. DISTRICT COURT